705 A.2d 1204

IN THE MATTER OF JAMES EASTMOND,
AN ATTORNEY AT LAW.

February 13, 1998.

## ORDER

The Disciplinary Review Board on July 16, 1997, having filed with the Court its decision concluding that **JAMES EASTMOND** of **EAST ORANGE**, who was admitted to the bar of this State in 1973, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JAMES EASTMOND** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.